IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                      Plaintiff,<br><br>- against -<br><br>AMERICAN ACTION NETWORK, INC.,<br><br>                      Defendant. | Adv. Pro. No. 24-50189 (KBO) |

**VOLUNTARY NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, the FTX Recovery Trust, by and through its undersigned counsel, hereby voluntarily dismisses the above-captioned adversary proceeding with prejudice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0082736.}

| | |
|---|---|
| Dated: July 22, 2025 | **LANDIS RATH & COBB LLP** |
| | */s/ Richard S. Cobb* |
| | Adam G. Landis (No. 3407) |
| | Richard S. Cobb (No. 3157) |
| | Matthew B. McGuire (No. 4366) |
| | Howard W. Robertson, IV (No. 6903) |
| | 919 Market Street, Suite 1800 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 467-4400 |
| | Facsimile: (302) 467-4450 |
| | E-mail: landis@lrclaw.com |
| | cobb@lrclaw.com |
| | mcguire@lrclaw.com |
| | robertson@lrclaw.com |
| | *Counsel for Plaintiff* |

{1368.003-W0082736.}    2